# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mann, Margaret M. | United States Bankruptcy Court Southern District of CA | 07/22/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article 1 | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Southern District of California
325 West F. Street
San Diego CA 92106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 07/22/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Income From Law Offices of Michael T. O'Halloran |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | 3/13/2014 to 3/15/2014 | Washington DC | Professional Association | meals, airfare and hotel |
| 2. | California Bankruptcy Forum | 05/16/2014 to 05/18/2014 | Santa Barbara, CA | Speaking at the Conference | meals and hotel |
| 3. | American Bankruptcy Institute | 09/04/14 to 09/06/14 | Las Vegas, NV | Speaking at the Conference | meals, airfare and hotel |
| 4. | National Conference of Bankruptcy Judges | 10/06/2014 to 10/12/2014 | Chicago, IL | Professional Association | meals, airfare and hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 07/22/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | AMERICAN FUNDS GROWTH FUND OF AMERICA F1 | A | Dividend | K | T | | | | | |
| 2. | AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL A | A | Dividend | K | T | | | | | |
| 3. | AMERICAN FUNDS EUROPACIFIC FUNDS CLASS C | B | Dividend | L | T | | | | | |
| 4. | Oppenheimer Steelpath MLP Income Fund C | C | Interest | K | T | Buy | 02/13/14 | K | | |
| 5. | Oppenheimer International Small Company Fund Class Y | A | Interest | K | T | Buy | 05/08/14 | L | | |
| 6. | Principal Small Mid Cap Dividend Fund Class A | C | Dividend | M | T | | | | | |
| 7. | GUGGENHEIM S&P GLOBAL WATER INDEX ETF | B | Dividend | L | T | | | | | |
| 8. | ST OF CA VAR RANS A-2 RV BE/R/ 3.000 062811 DTD 112310 | C | Interest | | | Redeemed | 05/01/14 | K | | |
| 9. | DELAWARE SMID CAP GROWTH CLASS C | A | Dividend | M | T | | | | | |
| 10. | DELAWARE SMID CAP GROWTH CLASS A | A | Dividend | K | T | | | | | |
| 11. | ST OF CA VAR GEN OBLI BN TAX BE/ R/ 5.750 030117 DTD 040110 | B | Interest | K | T | | | | | |
| 12. | California ST Tax 6.200 100119 DTD 101509 | C | Interest | L | T | Buy | 08/25/14 | L | | |
| 13. | Coachella Vall CA USD Assur OID 98.053 | A | Interest | K | T | Buy | 08/25/14 | K | | |
| 14. | DELANO CA JT UN High Sch Build SR A | B | Interest | L | T | Buy | 08/25/14 | L | | |
| 15. | Turlock CA IRR DIST 2014 | B | Interest | L | T | Buy | 08/25/14 | L | | |
| 16. | Genworth Annuity Contract ▩ | A | Int./Div. | K | T | | | | | |
| 17. | Wells Fargo Checking | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo Savings | A | Interest | K | T | | | | | |
| 19. Wells Fargo IRA CD 2 | A | Interest | | | Closed | 09/25/14 | L | | |
| 20. RMA Money Market Portfolio | A | Interest | K | T | | | | | |
| 21. UBS Bank Deposit Account | A | Interest | L | T | | | | | |
| 22. Deutsche Floating Rate Fund Class A | A | Int./Div. | M | T | Buy | 02/11/14 | M | | |
| 23. ISHARES S&P NORTH AMERICAN NAT RESOURCES SECTOR INDEX FUND | A | Dividend | | | Sold | 02/13/14 | K | | |
| 24. CALIFORNIA EDL FACS AUTH SR A REV FSAOID494 BE/R/ 4.000 0901 | C | Interest | | | Redeemed | 06/30/14 | L | | |
| 25. LA CA DEPT WTR SER A-2 FSA B/E/R/ 4.75 | B | Int./Div. | | | Sold | 08/25/14 | L | | |
| 26. SAN JOSE CA UNI S/D FGIC RV BE/R/ 5.000 060121 DTD 081706 | B | Interest | | | Sold | 08/25/14 | L | | |
| 27. COHEN & STEERS REALTY INCOME FUND INC CLASS C | B | Dividend | L | T | | | | | |
| 28. DWS FLOATING RATE FUND | D | Interest | | | Sold | 02/13/14 | L | | |
| 29. DEUTSCHE SHORT DURATION FUND | B | Dividend | L | T | | | | | |
| 30. UBS LIQUID ASSETS FUND | A | Dividend | K | T | | | | | |
| 31. AFLAC INC | A | Dividend | J | T | | | | | |
| 32. BOEING | A | Dividend | K | T | | | | | |
| 33. BRITISH AMERICAN TOBACCO PLC GB SPON ADR | A | Dividend | J | T | | | | | |
| 34. CLOROX CO. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. COCA COLA CO COM | A | Dividend | J | T | | | | | |
| 36. COLGATE PALMOLIVE CO | A | Dividend | K | T | | | | | |
| 37. CSX CORP | A | Dividend | | | Sold | 04/22/14 | J | | |
| 38. DIAGEO PLC NEW GB SPON ADR | A | Int./Div. | J | W | | | | | |
| 39. Dominion Resources Inc. VA | A | Dividend | K | T | Buy | 02/10/14 | J | | |
| 40. INVESCO LTD | A | Dividend | J | T | Buy | 02/13/14 | J | | |
| 41. EMERSON ELECTRIC | A | Dividend | J | T | | | | | |
| 42. GENL MILLS INC | A | Dividend | K | T | | | | | |
| 43. ILLINOIS TOOL WORKS INC | A | Dividend | K | T | | | | | |
| 44. INTEL CORP | A | Dividend | K | T | | | | | |
| 45. JOHNSON & JOHNSON COM | A | Dividend | K | T | | | | | |
| 46. JP Morgan Large Cap Growth Fund Class C | A | Dividend | M | T | | | | | |
| 47. MEDTRONIC | A | Dividend | K | T | | | | | |
| 48. Microsoft | A | Dividend | K | T | | | | | |
| 49. NESTLE S A SPONSORED ADR PEPSTG REG SHS SWITZ ADR | A | Dividend | | | Sold | 03/27/14 | J | | |
| 50. NEXTERA ENERGY INC COM | A | Dividend | K | T | | | | | |
| 51. NORTHEAST UTILITIES | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. OCCIDENTAL PETROLEUM CRP | A | Dividend | J | T | | | | | |
| 53. PEARSON PLC SPON ADR | A | Dividend | J | T | | | | | |
| 54. Roche Hldg LTD Spons ADR Switz ADR | A | Dividend | J | T | Buy | 03/27/14 | J | | |
| 55. Toronto Dominion BK New Canada CAD | A | Dividend | J | T | Buy | 08/26/14 | K | | |
| 56. PROCTER & GAMBLE CO | A | Dividend | J | T | | | | | |
| 57. Qualcomm | A | Dividend | J | T | Buy | 05/07/14 | J | | |
| 58. SPDR S&P 500 ETF TR | B | Dividend | L | T | Buy | 10/16/14 | L | | |
| 59. Travelers Cos Inc /the | A | Dividend | K | T | Buy | 02/13/14 | J | | |
| 60. SANOFI SPON ADR | A | Dividend | | | Sold | 02/13/14 | J | | |
| 61. UNILEVER PLC AMER SHS NEW SPON ADR | A | Dividend | | | Sold | 03/27/14 | J | | |
| 62. Union Pacific Corp | A | Dividend | K | T | Buy | 04/22/14 | J | | |
| 63. UNITED PARCEL SERVICE | A | Dividend | J | T | | | | | |
| 64. UNTD TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 65. VF Corp | A | Dividend | K | T | | | | | |
| 66. AMERICAN FUNDS NEW WORLD FUND CLASS F | B | Interest | L | T | | | | | |
| 67. Advisory Research MLP & Energy Income Fund Class I | C | Dividend | L | T | | | | | |
| 68. California Resources Corp. | A | Dividend | J | T | Spinoff (from line 52) | 12/01/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CITIGROUP CAPITAL IX 6.0000% DUE 02/14/2033 CALLABLE 02/13/0 | B | Interest | | | Redeemed | 04/28/14 | K | | |
| 70. NOVARTIS AG SPON ADR | A | Dividend | K | T | | | | | |
| 71. PRIME PLUS INVESTMENTS TISHMAN SPEYER LLP | A | Dividend | J | U | | | | | |
| 72. Fidelity Simple IRA for Offices of MTO'Halloran | A | Dividend | K | T | | | | | |
| 73. CALIFORNIA ST TAX BE/R/ MAND SINK FND | B | Interest | L | T | | | | | |
| 74. Cal ST Pub Works BR SR D | C | Interest | L | T | | | | | |
| 75. Cal ST SYNC CRC | B | Interest | L | T | | | | | |
| 76. BLACKROCK EQUITY DIVIDEND FUND C | B | Dividend | M | T | | | | | |
| 77. PIONEER STRATEGIC INCOME FUND CLASS C | B | Dividend | K | T | | | | | |
| 78. Pioneer Strategic Income Y | D | Dividend | M | T | Buy | 02/13/14 | L | | |
| 79. GE CAPITAL INTERNOTES NTS BE | B | Interest | K | T | | | | | |
| 80. Pimco Foreign Bond Fund Class A | C | Interest | M | T | | | | | |
| 81. Coachella CA WTR Auth. | B | Interest | L | T | | | | | |
| 82. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 83. Nordstrom Inc. | A | Dividend | K | T | | | | | |
| 84. Stanley Black & Decker | A | Dividend | J | T | | | | | |
| 85. Teva Pharmaceuticals Int'l | A | Dividend | | | Sold | 02/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Yum!Brands Inc. | A | Dividend | J | T | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 07/22/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Due to inadvertent error, certain investments were subject to transactions in previous periods that were not reported. These transactions are listed below.

ASTRAZENECA PLC SPON ADR, sold 2/25/13, value code J
JP Morgan Large Cap Growth Fund Class C, bought 11/5/13, value code L
AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL B, sold 2/25/13, value code K
Microsoft, bought 12/11/13, value code K.

Certain investments in this report were erroneously stated as a result of name changes. The new names are correctly used in this report.

Line 68 - - Advisory Research MLP & Energy Income Fund Class I. Name change only from FAMCO MLP & Energy Fund as reflected in 2013 report/no new purchase

Line 1 - AMERICAN FUNDS GROWTH FUND OF AMERICA CL F. Fund share class change in 2013 from Class C to Class F-1/not a transaction. The 2013 report erroneously listed both Class C and Class F for AMERICAN FUNDS GROWTH FUND OF AMERICA, when only AMERICAN FUNDS GROWTH FUND OF AMERICA CL C should have been listed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Margaret M. Mann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544